```
Tod F. Schleier, State Bar No. 004612
Bradley H. Schleier, State Bar No. 011696
SCHLEIER LAW OFFICES, P.C.
3101 N. Central Avenue
Suite 1090
Phoenix, AZ 85012
Telephone: (602) 277-0157
Facsimile:  (602) 230-9250
tod@schleierlaw.com
brad@schleierlaw.com
```

Attorneys for Plaintiffs

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| ALLAN SANDERS, ANGELO FORT, LYNN CASTRO, EUGENE BELVIN, TAMIE BARNES, et. al,<br>on behalf of themselves<br>and all employees similarly situated,<br><br>　　　　Plaintiffs,<br>　　　　　　- vs -<br><br>SERVICE CORPORATION INTERNATIONAL; SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC.; SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC.; JANE D. JONES; GWEN PETTEWAY; THOMAS RYAN; THE SCI 401K RETIREMENT SAVINGS PLAN; and JULIE DOUGLAS,<br><br>　　　　Defendants. | Case No. 2:10-cv-01264-JWS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs in the above-captioned action hereby voluntarily dismiss their claims without prejudice.

Dated: June 15, 2011

                                        Respectfully submitted,

By:   /s/ Sarah Cressman
       J. Nelson Thomas, NY Attorney No. 2579159
       Patrick J. Solomon, NY Attorney No. 2716660
       Annette Gifford, NY Attorney No. 4105870
       Sarah Cressman, NY Attorney No. 4014379
       THOMAS & SOLOMON LLP
       693 East Avenue
       Rochester, NY 14607
       Telephone: (585) 272-0540
       Facsimile:  (585) 272-0574
       nthomas@theemploymentattorneys.com
       psolomon@theemploymentattorneys.com
       agifford@theemploymentattorneys.com
       scressman@theemploymentattorneys.com

       Charles H. Saul, PA State Bar No.19938
       Liberty J. Weyandt, PA State Bar No. 87654
       Kyle T. McGee, PA State Bar No. 205661
       MARGOLIS EDELSTEIN
       525 William Penn Place
       Suite 3300
       Pittsburgh, PA 15219
       Telephone: (412) 281-4256
       Facsimile: (412) 642-2380
       csaul@margolisedelstein.com

       Attorneys for Plaintiffs

I hereby certify that on the 15th day of June, 2011,
I electronically transmitted the foregoing document to the Clerk's
Office using the ECF System for filing and transmittal of a
Notice of Electronic filing to the following ECF registrants:

Lonnie James Williams
Benjamin John Naylor
Carrie Marie Francis

/s/ Sarah Cressman
**Sarah Cressman**